UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DRAHCIR PARSON,

                        Plaintiff,

      v.                                            1:14-CV-1431
                                                          (DNH/RFT)

BETH B. BARRETT, Official Court Reporter;
JOHN S. HALL JR., County Court Judge;
ADA JASON CARUSONE, Warren County
District Attorney's Office,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

DRAHCIR PARSON 14-I-0008
Plaintiff, pro se
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821


DAVID N. HURD
United States District Judge


## DECISION and ORDER

Pro se plaintiff Drahcir Parson filed this action on November 24, 2014. On May 21, 2015, the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e) and § 1915A. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without prejudice, pursuant to the Younger abstention doctrine, or, alternatively, pursuant to Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 26, 2015
    Utica, New York.